

```
          FILED            RECEIVED
          ENTERED           SERVED ON
                    COUNSEL/PARTIES OF RECORD

                JUN 1 2 2019

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY:                              DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY N. LEONARD,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>NORTHERN NEVADA CORRECTIONAL CENTER, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:18-cv-00404-MMD-CBC<br><br>ORDER |

## I.　DISCUSSION

Before the Court is Plaintiff's motion to supplement the complaint. (ECF No. 4). Plaintiff seeks to add additional medical kites as exhibits to the complaint and he seeks to add as an exhibit to the complaint an affidavit that he states will show that Plaintiff continues to submit medical kites about his tooth and gum pain but his dental problems have become worse due to the lack of dental care. (Id. at 1-2).

It appears that Plaintiff is attempting to provide evidence of existing or new claims. The complaint and the screening stage of litigation are not the place and time for a plaintiff to provide evidence to prove his claims. The time for proof will not come until after the Court has screened the complaint and the complaint is served. Therefore, to the extent Plaintiff is seeking to "supplement" his complaint in order to provide evidence in support of his claims, the motion is denied.

However, if Plaintiff wishes to add claims to his complaint by including new *allegations*, the Court gives Plaintiff leave to do so. To alter or add claims to the complaint Plaintiff must *allege facts* in an amended complaint; merely adding exhibits will not add claims. Furthermore, any amended complaint must be complete in itself and therefore must include all allegations, claims, and defendants Plaintiff wishes to include in this action.

Plaintiff also is advised that, if he seeks to amend the complaint, to the extent possible, he should identify the persons who he alleges violated his civil rights. The Court notes that, although the first page of Plaintiff's complaint is missing, it is apparent from the remaining pages of the complaint that Plaintiff has sued only Doe Defendants. (ECF No. 1-1 at 2-3.) A complaint cannot be served on Doe Defendants even if Plaintiff states colorable claims against those Doe Defendants. Although the Court may eventually give Plaintiff the opportunity through discovery to learn the names of Doe Defendants against whom Plaintiff states colorable claims, that process will delay the service of the complaint and will delay any other discovery or proceedings in this action. Therefore, to the extent possible, it is to Plaintiff's benefit to identify the names of the Defendants in any amended complaint.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for leave to supplement the complaint by adding exhibits (ECF No. 4) is denied.

IT IS FURTHER ORDERED that Plaintiff may amend the complaint to add new allegations.

IT IS FURTHER ORDERED that, if Plaintiff chooses to file an amended complaint, Plaintiff shall file the amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended within 30 days from the date of entry of this order, the Court will screen the original complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1). If Plaintiff chooses to file an amended complaint, he should use the approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

DATED: 6/12/2019

_____
UNITED STATES MAGISTRATE JUDGE