UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY LEONARD, | 3:18-CV-0404-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 6, 2020 |
| GENE YUP, | |
| Defendant. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On January 29, 2020, the Office of the Attorney General filed a notice of suggestion of death of Gene Yup who died on December 26, 2019 (ECF No. 24). The court has located an estate action filed in the Second Judicial District Court for the Estate of Dr. Gene Hing Yup under case number PR20-0093 by Special Administrator Catherine Yup. Plaintiff shall have until **Wednesday, April 29, 2020** to file a motion for substitution of party to the Estate of Gene Hing Yup under Fed. R. Civ. P. 25 and request service of the estate. If plaintiff fails to do so, the court will recommend that this matter be dismissed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk