UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY N. LEONARD,<br><br>              Plaintiff,<br><br>       v.<br><br>NORTHERN NEVADA CORRECTIONAL CENTER DENTAL DEPARTMENT, et al.,<br><br>              Defendants. | Case No. 3:18-CV-00404-MMD-CLB<br><br>**ORDER** |

Plaintiff moved for a 90-day extension of time to file response to defendants' motion for summary judgment (ECF No. 50). No opposition was filed. Pursuant to LR 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." However, the court previously denied a motion by the defense for a 120-day extension of time to file a dispositive motion due to COVID restrictions (ECF No. 44), and will similarly deny a 90-day extension to the plaintiff as many other inmates are litigating their cases without delay under similar restrictions.

Therefore, plaintiff's motion for a 90-day extension of time to file a response to defendants' motion for summary judgment (ECF No. 50) is **GRANTED in part** and **DENIED in part**. Plaintiff shall be granted an additional twenty (20) days from the date of this order until **Monday, November 30, 2020** to file an opposition to defendants' motion for summary judgment.

**DATED**: November 10, 2020       .

_____
 **UNITED STATES MAGISTRATE JUDGE**