UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY N. LEONARD,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHERN NEVADA CORRECTIONAL<br>CENTER DENTAL DEPARTMENT, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:18-CV-00404-MMD-CLB<br><br>**ORDER** |

　　　The court's order granting plaintiff an extension of time to November 30, 2020 to file an opposition to defendants' motion for summary judgment (ECF No. 51) was returned to the court with "CTH" handwritten on the document (ECF No. 52). The court surmises that "CTH" signifies plaintiff is currently a patient at Carson Tahoe Hospital. Therefore, the Office of the Attorney General shall notify this court when plaintiff is returned to the Northern Nevada Correctional Center and has access to his legal files. Thereafter, plaintiff shall have twenty days to file an opposition to defendants' motion for summary judgment. **Defendants shall ensure that the Nevada Department of Corrections delivers to plaintiff a copy of this order to plaintiff whether he is at Carson Tahoe Hospital or Northern Nevada Medical Center by whatever means necessary, which can include one of the following: delivery of the order to Carson Tahoe Hospital by an NDOC C/O guarding plaintiff, by fax, by email, or by U.S. Mail.**

**DATED**: November 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**