**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GREGORY LEONARD,

                Plaintiff,

v.

NORTHERN NEVADA CORRECTIONAL CENTER, et al.,

                Defendants.

3:18-cv-0404-MMD-CLB

**ORDER**

On November 30, 2020, this court received a returned notice of electronic filing from the Northern Nevada Correctional Center with the word "DECEASED" handwritten on the notice (ECF No. 55). To date no suggestion of death or other official notice has been filed pursuant to Fed. R. Civ. P. 25 with the court. Therefore, defendants shall have to and including **Monday, January 4, 2021** to file such notice.

      **DATED:** December 16, 2020.

                                                            **UNITED STATES MAGISTRATE JUDGE**